UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BALAYLA AHMAD | : | NO.: 3:12-CV-00046 (MPS) |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF BRIDGEPORT, | : | |
| NEIL ALBERT SALONEN, an individual | : | |
| and in his official capacity as President, | : | |
| FRANK ZOLLI, an individual and in his | : | |
| official capacity as Dean of the College | : | |
| of Chiropractic, APRIL VOURNELIS, an | : | |
| individual and in her official capacity as | : | |
| Director of Security, and MICHAEL | : | |
| BROMLEY, an individual and in his official | : | |
| capacity as Assistant to the President | : | JUNE 18, 2013 |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the undersigned parties hereby stipulate that the above-entitled action be dismissed, with prejudice, and without costs to any party.

PLAINTIFF,                                                      DEFENDANTS,


By__/s/Bradford D. Conover_____     By_____/s/Alexandria L. Voccio_____
    Bradford D. Conover                                       Alexandria L. Voccio
    ct01741                                                              ct21792
    Conover Law Offices                                       Howd & Ludorf, LLC
    345 Seventh Avenue, 21st Floor                      65 Wethersfield Avenue
    New York, NY  10001                                       Hartford, CT 06114-1121
    (212) 588-9080                                                  (860) 249-1361
    (212) 588-9082 (Fax)                                        (860) 249-7665 (Fax)
    brad@conoverlaw.com                                   avoccio@hl-law.com

**CERTIFICATION**

   This is to certify that on June 18, 2013, a copy of the foregoing Stipulation for Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Bradford D. Conover, Esq.
Conover Law Offices
345 Seventh Avenue, 21st Floor
New York, NY  10001

               ___/s/Alexandria L. Voccio_____
               Alexandria L. Voccio